# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY WOOD, <br><br>             Plaintiff, <br>v. <br><br>CITY OF EL CAJON, municipal government entity; EL CAJON POLICE DEPARTMENT, as a separate entity and as a division of the City of El Cajon; WILLIAM ROBERT TAYLOR, an individual; and DOES 1-25, inclusive, <br><br>             Defendants. | Civil No. 07cv0860 J (AJB) <br><br> **ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT** <br> **[Doc. No. 26.]** |

Plaintiff having filed a third amended complaint on November 21, 2007 [Doc. No. 31], this Court finds Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint moot. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [Doc. No. 26] is **Denied as moot**.

**IT IS SO ORDERED**.

DATED: December 12, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Battaglia
       All Parties of Record